A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Dec 14, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

Dec 14, 2009

FILED
CLERK'S OFFICE

2009 DEC 23  A 9: 47

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
SAN JOSE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

C 09 06013 RMW

IN RE: CONOCOPHILLIPS CO. SERVICE
STATION RENT CONTRACT LITIGATION

MDL No. 2040  HRL

(SEE ATTACHED SCHEDULE)

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions listed on the attached Schedule A on September 29, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in these actions filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that plaintiffs wish to withdraw their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-3" filed on September 29, 2009, is LIFTED. The actions are transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Ronald M. Whyte.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: CONOCOPHILLIPS CO. SERVICE
STATION RENT CONTRACT LITIGATION             MDL No. 2040

## SCHEDULE A

Central District of California

Ray Merpour v. ConocoPhillips Co., C.A. No. 2:09-5704
Moussa Karimi v. ConocoPhillips Co., C.A. No. 2:09-5705
HM Khosh, Inc. v. ConocoPhillips Co., C.A. No. 2:09-6361

Eastern District of California

Kasra Khadivi Dimbali v. ConocoPhillips Co., C.A. No. 2:09-2242

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | |
| | David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | David G. Trager<br>United States District Court<br>Eastern District of New York | Telephone: [202] 502-2800<br>Fax:         [202] 502-2888<br>http://www.jpml.uscourts.gov |

December 14, 2009

Richard W. Wieking, Clerk
2112 U.S. Courthouse
280 South First Street
San Jose, CA 95113

C 09 06013 RMW
HRL

Re: MDL No. 2040 -- IN RE: ConocoPhillips Co. Service Station Rent Contract Litigation

(See Attached Order)

Dear Mr. Wieking:

A conditional transfer order was filed in the above matter on September 29, 2009. Prior to the expiration of that order's 15-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore attaching as a separate PDF document a certified copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

A Panel Service List is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *[signature]*
Tarrell L. Littleton
Deputy Clerk

Attachment

cc:     Transferee Judge:  Judge Ronald M. Whyte

JPML Form 68A

IN RE: CONOCOPHILLIPS CO. SERVICE
STATION RENT CONTRACT LITIGATION

MDL No. 2040

PANEL SERVICE LIST

Thomas P. Bleau
BLEAU FOX PLC
3575 Cahuenga Boulevard West
Suite 580
Los Angeles, CA 90068

Adam D. Friedenberg
GLYNN & FINLEY LLP
One Walnut Creek Center
100 Pringle Avenue
Suite 500
Walnut Creek, CA 94596

Gennady L. Lebedev
BLEAU FOX PLC
3575 Cahuenga Boulevard West
Suite 580
Los Angeles, CA 90068